**Myers, Singer & Galiardo, LLP**

Barclay Building
299 Broadway, Suite 200
New York, NY 10007

*Attorneys at Law*

Phone: 212-986-5900
Fax: 212-986-6250

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

June 9, 2016

<u>USA v. Bedoya</u>
15 CR 569(RJD)

Dear Judge Dearie:

I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for June 24, 2016, be adjourned to December 2, 2016 at 10:30 AM. The Court's deputy Ms. Mulqueen has indicated that this is a date and time that is available for the Court. Counsel for the government has been consulted and does not object to this request.

Respectfully submitted,

Matthew D. Myers
Counsel for Luis Bedoya